**RACHAEL SWERNOFSKY**
Nevada Bar No. 15465
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5443
Facsimile:  (214) 871-2111
rswernofsky@qslwm.com
*Counsel for Trans Union LLC*

\*\*Designated Attorney for Personal Service\*\*
Kurt Bonds, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY D. HANLON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>　　　　　　　Defendant. | Case No. 2:22-cv-00683-JAD-DJA<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff Timothy D. Hanlon ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

　　　　On April 26, 2022, Plaintiff filed his Complaint in this Court against Trans Union LLC ("Trans Union") alleging claims pursuant to the Fair Credit Reporting Act ("FCRA"), 15 § 1681, *et seq*.  The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is May 18, 2022.

　　　　Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including June 17, 2022.  This is the first motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

The parties will actively discuss a potential early resolution of this case, and the parties believe an extension of this nature may save waste of the parties' time and expense. The additional time will allow Plaintiff and Trans Union time to fully explore such early settlement discussions.

Dated this 18th day of May 2022.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

*/s/ Rachael Swernofsky*

Rachael Swernofsky
rswernofsky@qslwm.com
Nevada Bar No. 15465
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5443
(214) 871-2111 Fax
**COUNSEL FOR TRANS UNION LLC**

**GLINER LAW**

*/s/ Mitchell D. Gliner*

Mitchell D. Gliner
inbox@glinerlaw.com
3017 W. Charleston Blvd., Suite 95
Las Vegas, NV 89102-1928
(702) 870-8700
(702) 870-0034 Fax
**Counsel for Plaintiff**

2

5623903.1

**ORDER**

The Joint Motion for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff's Complaint is GRANTED.  Trans Union LLC shall have until June 17, 2022 to respond to the complaint.

DATED this 19th day of May, 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3

5623903.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May 2022, I electronically filed **JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system which will then send a notification of such to the following counsel of record:

Mitchell D. Gliner
inbox@glinerlaw.com
Gliner Law
3017 W. Charleston Blvd., Suite 95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
**Counsel for Plaintiff**

　　　　　　　　　　　*/s/ Rachael Swernofsky*
　　　　　　　　　　**RACHAEL SWERNOFSKY**