Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

TIMOTHY D. HANLON,

    Plaintiff,

vs.

TRANS UNION LLC,

    Defendant

Case No. 2:22-cv-00683-JAD-DJA

STIPULATION AND ORDER
FOR DISMISSAL WITH PREJUDICE

ECF No. 11

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that Defendant be dismissed with prejudice, each party to bear their own costs and attorney's fees.

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C. |
| /s/ *Mitchell Gliner* | /s/ *Rachael Swernofsky* |
| MITCHELL D. GLINER, ESQ. | RACHAEL SWERNOFSKY, ESQ. |
| Nevada Bar No. 003419 | Nevada Bar No. 15465 |
| 3017 W. Charleston Blvd. # 95 | 6900 N. Dallas Parkway, Suite 800 |
| Las Vegas, Nevada 89102 | Plano, TX 75024 |
| Attorney for Plaintiff | Attorney for Defendant Trans Union |

## ORDER

Based on the parties' stipulation [ECF No. 11] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 19, 2022